```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
ALON SHEM TOV,                                                :
                                         Plaintiff,           :
                                                              :          24 Civ. 3208 (LGS)
                -against-                                     :
                                                              :                ORDER
ALEJANDRO MAYORKAS, et al.,                                   :
                                                              :
                                         Defendants.          :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS on April 26, 2024, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **July 12, 2024**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **July 26, 2024**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: June 5, 2024
        New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE